IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDALL MENGES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TIM FOX, Attorney General of the State of Montana; GARY SEDER, Bureau Chief of the Montana Crime Information Bureau; and SARA MALIKIE, Head of the Sexual and Violent Offenders Program for the Missoula County Sheriff's Office, each in their official capacities,<br><br>　　　　　　Defendants. | CV 20-178-M-DLC-KLD<br><br><br>ORDER |

　　　　Plaintiff Randall Menges moves for the admissions of Matthew Strugar (Doc. 4) to practice before this Court in this case with Elizabeth K. Ehret to act as local counsel.

　　　　*Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the attorney seeking *pro hac vice* admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3).  While Plaintiff's motion does contain an affidavit from Mr. Strugar, the affidavit fails to completely address the items required by 83.1(d)(3)(A). (*See* Doc. 4-1.) In

particular, Mr. Strugar's affidavit does not include his telephone, fax, and e-mail contact information.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Strugar *pro hac vice* is DENIED without prejudice. Plaintiff may resubmit his motion, provided the motion is accompanied by an affidavit that complies in full with L.R. 83.1(d)(3).

DATED this 14th day of December, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge