IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDALL MENGES, <br><br> Plaintiff, <br><br> vs. <br><br> TIM FOX, Attorney General of the State of Montana; GARY SEDER, Bureau Chief of the Montana Crime Information Bureau; and SARA MALIKIE, Head of the Sexual and Violent Offenders Program for the Missoula County Sheriff's Office, each in their official capacities, <br><br> Defendants. | CV 20-178-M-DLC-KLD <br><br><br> ORDER |

Plaintiff Randall Menges has filed a second motion for the admission of Matthew Strugar (Doc. 6) to practice before this Court in this case with Elizabeth K. Ehret to act as local counsel. Mr. Strugar's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Matthew Strugar pro hac vice is GRANTED on the condition that Mr. Strugar shall do his own work. This means that Mr. Strugar must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Strugar may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Strugar.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Strugar, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 17th day of December, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge