Elizabeth K. Ehret
Attorney at Law
3800 O'Leary St., #104
Missoula, MT 59808
T: (732) 312-7400
elizabeth.k.ehret@gmail.com

Matthew Strugar
(*pro hac vice*)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| RANDALL MENGES,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIM FOX, Attorney General of the State of Montana; GARY SEDER, Bureau Chief of the Montana Crime Information Bureau; and SARA MALIKIE, Head of the Sexual and Violent Offenders Program for the Missoula County Sheriff's Office, each in their official capacities,<br>　　　　　　　　　Defendants. | Case No. 9:20-cv-178-DLC-KLD<br><br>**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Plaintiff Randall Menges moves this Court, under Federal Rule of Civil Procedure 65, for a preliminary injunction prohibiting the defendants, as well as their officers, agents, employees, attorneys, and any person who is in active concert or participation with them, from requiring him to register as a sex offender with the Montana Sexual or Violent Offender Registry. Menges also moves this Court for an order waiving the requirement for bond or security from him.

This motion is based on the brief in its support and the declarations of Randall Menges and Matthew Strugar filed with it, as well as Plaintiff's Request for Judicial Notice and the Complaint (ECF No. 1).

Menges makes this motion on the grounds that forcing him to register as a sex offender for his 1994 conviction for having consensual gay sex—a so-called "Crime Against Nature, Idaho Code § 18-660—is unconstitutional, as set out in his brief.

Date: December 29, 2020    Respectfully submitted,

/s/ Matthew Strugar
Matthew Strugar
(*pro hac vice*)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

1

                Elizabeth K. Ehret
                Attorney at Law
                3800 O'Leary St., #104
                Missoula, MT 59808
                T: (732) 312-7400
                elizabeth.k.ehret@gmail.com

*Attorneys for Plaintiff*