Elizabeth K. Ehret
Attorney at Law
3800 O'Leary St., #104
Missoula, MT 59808
T: (732) 312-7400
elizabeth.k.ehret@gmail.com

Matthew Strugar
(*pro hac vice*)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| RANDALL MENGES,<br><br>                        Plaintiff,<br><br>v.<br><br>TIM FOX, Attorney General of the State of Montana; GARY SEDER, Bureau Chief of the Montana Crime Information Bureau; and SARA MALIKIE, Head of the Sexual and Violent Offenders Program for the Missoula County Sheriff's Office, each in their official capacities,<br><br>                        Defendants. | Case No. 9:20-cv-178-DLC-KLD<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |

Pursuant to Federal Rule of Evidence 201, this Court may "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). A court may take judicial notice of proceedings in other courts, including state courts, if those proceedings have a direct relation to matters at issue. *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) (internal quotation and citations omitted); *Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001).

Plaintiff Randall Menges respectfully requests that this Court take judicial notice of the following exhibits:

**Exhibit A** – The Case History report from Gem County, Idaho courts in *State of Idaho v. Randall Leroy Menges*, Case No. CR-1994-0000046. A true and correct copy is attached as Exhibit A.

**Exhibit B** – The Gem County Sherriff's Office Crime Report and associated documents related to the investigation of Randall Menges that resulted in his Crime Against Nature charges. These records were filed with the Gem County, Idaho court in *State of Idaho v. Randall Leroy Menges*, Case No. CR-1994-0000046, and obtained from the Gem County court. A true and correct copy is attached as Exhibit B.

Date: December 29, 2020     Respectfully submitted,

/s/ Matthew Strugar

1

Matthew Strugar
(*pro hac vice*)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

Elizabeth K. Ehret
Attorney at Law
3800 O'Leary St., #104
Missoula, MT 59808
T: (732) 312-7400
elizabeth.k.ehret@gmail.com

*Attorneys for Plaintiff*