# Case History

## Gem

**2 Cases Found.**

### State of Idaho vs. Randall Leroy Menges
No hearings scheduled

Case: CR-1994-0000046     District Judge: Renae Hoff     Amount due: $274.50     Closed pending clerk action

| Charges: Violation Date | Charge | Citation | Disposition |
|---|---|---|---|
| 01/13/1994 | I18-6605 Crime Against Nature Arresting Officer: Chaney, Frank, 2000 | | Finding: Guilty<br>Disposition date: 04/11/1994<br>Fines/fees: $274.50<br>Det Penitentiary: 5 years<br>Indet Penitentiary: 10 years |
| 01/13/1994 | I18-6605 Crime Against Nature Arresting Officer: Chaney, Frank, 2000 | | Finding: Dismissed By Prosecutor<br>Disposition date: 04/11/1994<br>Fines/fees: $0.00 |
| 01/13/1994 | I18-6605 Crime Against Nature Arresting Officer: Chaney, Frank, 2000 | | Finding: Dismissed By Prosecutor<br>Disposition date: 04/11/1994<br>Fines/fees: $0.00 |

Register of actions:

| Date | |
|---|---|
| 01/13/1994 | New Case Filed |
| 01/13/1994 | Warrant Issued - Arrest |
| 01/21/1994 | Warrant Returned |
| 01/21/1994 | Constitutional Rights Warning |
| 01/21/1994 | Arraignment / First Appearance |
| 01/21/1994 | Order Appointing Public Defender |
| 01/21/1994 | Hearing Scheduled - Preliminary (01/26/1994) Gordon W. Petrie |
| 01/26/1994 | Hearing Vacated - Preliminary |
| 01/26/1994 | Preliminary Hearing Waived (bound Over) |
| 01/26/1994 | Transfer In (from Idaho Court Or County) |
| 01/26/1994 | Hearing Scheduled - Felony (02/14/1994) Sergio A. Gutierrez |
| 01/26/1994 | Order Releasing From Jail/fixing Terms |
| 02/01/1994 | Of Filing Information |
| 02/01/1994 | Information |
| 02/07/1994 | Response To Request For Discovery |
| 02/07/1994 | Request For Discovery/demand Alibi Defense |
| 02/14/1994 | Arraignment / First Appearance - Felony |
| 02/14/1994 | Hearing Scheduled - Infamous Crime (04/11/1994) Sergio A. Gutierrez |
| 02/14/1994 | Arraignment / First Appearance - Infamous Crime |
| 02/14/1994 | Guilty Plea Or Admission Of Guilt |
| 04/05/1994 | Hearing Scheduled - Infamous Crime (04/11/1994) Sergio A. Gutierrez |
| 04/11/1994 | Hearing Held - Infamous Crime |
| 04/11/1994 | Execution Of Judgment Suspended (120 Days) |
| 09/16/1994 | Hearing Scheduled - Rider Review (09/26/1994) Sergio A. Gutierrez |
| 09/26/1994 | Disposition With Hearing - Rider Review |

09/26/1994 Sentenced Modified
09/26/1994 Probation Revoked/original Sentence Imposed
09/26/1994 Sentenced To Incarceration
11/03/1994 Appealed To The Supreme Court
11/22/1994 Hearing Scheduled - Rule 35 (11/28/1994) Sergio A. Gutierrez
11/28/1994 Case Taken Under Advisement - Rule 35
06/05/1995 Judgment
06/05/1995 Case Status Closed But Pending
06/05/1995 Probation Ordered
06/05/1995 Disposition Without Trial Or Hearing
08/07/1995 Reopen (case Previously Closed)
08/07/1995 Report Of Probation Violation
08/09/1995 Warrant Issued - Arrest
08/09/1995 Warrant Returned
08/11/1995 Hearing Scheduled - Prob Violation (08/15/1995) Sergio A. Gutierrez
08/15/1995 Hearing Held - Prob Violation
08/15/1995 Hearing Scheduled - Evidentiary (08/21/1995) Sergio A. Gutierrez
08/21/1995 Continued - Evidentiary
09/08/1995 Hearing Scheduled - Evidentiary (10/10/1995) Sergio A. Gutierrez
10/10/1995 Disposition With Hearing - Evidentiary
10/10/1995 Sentenced To Incarceration
10/10/1995 Probation Revoked-sentence Imposed
10/10/1995 Judgment
10/10/1995 Case Status Closed But Pending

**Case Sealed By Court Rule or Judicial Order**

*Connection: Public*