

```
              GEM COUNTY SHERIFFS OFFICE
                    Crime Report
         Report Date: 12-28-93    Report #Id : 937796    DR# 93F009
                                                          IN# 937796
```

| CODE | OFFENSE DESCRIPTION |
|---|---|
| 1151 | Sexual Abuse of a Child |

Weapon, Force or Means used-

Apparent Motive-

Location of Occurrence-
11900 LIBERTY RD

```
              Date         Time
OCC. ON:    11-20-93      18:00
  OR BTWN:
REPORTED:   12-28-93
```

Source: P    Phone

Connecting reports-
CC 93-7714
Investigative divisions, units, persons notified-
H&W

### ADDITIONAL PEOPLE INVOLVED
CODES: S=Suspect, V=Victim, W=Witness, C=Complainant, F=Father, M=Mother

| | | | | |
|---|---|---|---|---|
| V1 | Name: [redacted]<br>Addr: 11900 LIBERTY RD<br>CSZ: SWEET, ID<br>AKA: | DOB: [redacted]<br>Sex: M   Race: W<br>HP: 584-3439<br>Testify: Yes | Age: 16<br>Eth. N<br>WP: | |
| V2 | Name: [redacted]<br>Addr: 11900 LIBERTY RD<br>CSZ: SWEET, ID<br>AKA: | DOB: [redacted]<br>Sex: M   Race: W<br>HP: 584-3439<br>Testify: Yes | Age: 16<br>Eth. N<br>WP: | |
| S1 | Name: MENGES, RANDALL LEROY<br>Addr: 11900 LIBERTY RD<br>CSZ: SWEET, ID<br>AKA: RANDY | DOB: [redacted]<br>Sex: M   Race: W<br>HP: 584-3439<br>Testify: | Age: 18<br>Eth.<br>WP: | |

The Details are as follows:

See Incident Reports 93-7714 and 93-7796 and attached field reports for basic information.

Received information that there had been a possible sexual abuse involving two sixteen year old males and an eighteen year old male at the Pratt Ranch. When I arrived, I met with Dave Pratt, Sharon Church, Robert Bratcher (H & W Juvenile Justice Coordinator) and Jim Puett ( H & W State Licensing Bureau). These individuals briefed me on what facts and information that they had available. I was informed that [redacted] had disclosed to Pratt that himself and Menges had been involved, sexually, and that possibly [redacted] may have also been involved. Bratcher and Puett briefed me on what possibilities that they had for Menges, if the charges were valid; basically they had no place to house him. After gathering what information that I could, I departed to 11900 Liberty Road, Canyon House, with the purpose of interviewing the three males.

Upon my arrival at Canyon House, I was met by Leigh Dean; the house supervisor. She provided me with what information that she had, which was

```
Supervisor            P#  Reporting Officer(s)   P# Assmt.    Rep. Off. Signature
                          CHANEY, FRANK L.       S004 INVESTIGATOR   J. F. PP
_ssigned to: P# Assmt.    Date/Time Reproduced                  DIV/CLK    To Whom

_ Submit to C/A    _ Active    _ Other    _ Immediate F/U    _ Pending    _ Inactive
```



**GEM COUNTY SHERIFFS OFFICE**
**Crime Report**

Report Date: 12-28-93     Report #Id : 937796     DR# 93F009
                                                   IN# 937796

Continued...

that Menges had told her that the charges were true and that he was worried about going to jail.

I than began my interviews with ▇▇▇▇. After introducing myself and talking with him a few moments, I asked him to relate to me what exactly had happened between himself, ▇▇▇▇ and Menges. He said that himself and Severns had had sex twice, both time in the downstairs bedroom. He continued, saying that the sex was nothing more than "jerking each other off." He said that the first time was just after Holloween and the second time was the following night. He said that the first night, ▇▇▇▇ tried to have anal sex with him; but it hurt so he made ▇▇▇▇ quit. He also said that ▇▇▇▇ had asked him to "suck him off" but he had refused. He continued talking about Menges. He said that the first time was about a week later, and it had started when Menges had suggested that he "let it hang out." He said that himself and Menges had "jerked each other off" twice. Once in the hallway near the heater and the second time in the downstairs bedroom. He said that these were the only sexual encounters that he had had with either of the two individuals. I asked and he agreed to provide me with a written statement.

I next interviewed ▇▇▇▇. After introducing myself and talking with hime for a few moments, I asked him to relate to me what exactly had happened between himself, ▇▇▇▇ and Menges. He said that he had fondled/jacked off ▇▇▇▇ twice, just before or just after Thanksgiving. He said that this had taken place downstairs in the bedroom. He said that he had attempted anal sex on ▇▇▇▇, but had quit when ▇▇▇▇ complained that it hurt. He said that he had asked ▇▇▇▇ to suck him off, but ▇▇▇▇ had refused. He continued on talking about Menges. He said that there had been four times; 12/04/93, 12/07/93, 12/14/93 and 12/19/93. He said that he wasn't exactly sure of the dates, but that they were pretty close. He said that they had "jerked each other off" four times, he had performed oral sex on Menges twice, Menges had performed oral sex on him four times, and each had tried anal sex on the other once. He said that it had been Menges idea for the oral sex, but they both had decided to try the anal sex. He said that he had probably started most of the contact. I asked and he agreed to provide me with a written statement.

I next interviewed Randy Menges. After introducing myself and talking with him for a few moments I asked him to relate to me what exactly had happed between himself, ▇▇▇▇ and ▇▇▇▇. He said that he and ▇▇▇▇ had jacked each other off twice and that he had tried oral sex on ▇▇▇▇ once, but had quit because he didn't like it. He continued talking about ▇▇▇▇. He said that himself and ▇▇▇▇ had had sex four times. The first time, had been ▇▇▇▇ idea and that they had just jacked each other off, and after they were done; he didn't want to do it again but ▇▇▇▇ threatened to tell Dave Pratt in they didn't. Menges said that there were three more incidents of sex with ▇▇▇▇; three of which involved him giving Severns oral sex, once ▇▇▇▇ gave him oral sex, and they both participated in anal sex once. He said that the last incident was on 12/14/93. I asked and Menges agreed to provide me with a written statement. Additionally; Menges was informed of his rights and signed a rights waiver prior to the interview.

After the interview, I transported Menges to the Main Pratt Ranch so that Dave Pratt could take him to a Doctors appointment. I also had the GCSO Dispatcher contact Doug Varie to determine if there was enough evidence to place Menges into custody. The dispatcher, after talking with Varie, informed me to prepare the report and that he would take it from there.

Prepared summary for forwarding to the PA for his necessary action(s).



## GEM COUNTY SHERIFFS OFFICE

**Report ID: 937796** — Offense/Activity Detail — Page 1

### Offense Number 1

| Field | Code | Description |
|---|---|---|
| NCIC Code Section | 1151 | Sexual Abuse of a Child |
| IBR Code | 11 | SEX OFFENSES (FORCIBLE) |
| A/C | C | Completed |
| Hate/Bias | 88 | None (no bias) |
| Using | | |
| Location Type | 20 | Residence/Home |
| Domestic Vio. | No | |
| Criminal Act. Entered | | |
| Entry Method | | |
| Weapon/Force Type | 99 | None |
| Security Tools Used | | |

## People/Entity Detail

### Person/Entity V1

- Code: V1  Victim
- Name: [redacted]
- AKA:
- Addr: 11900 LIBERTY RD
- CSZ: SWEET, ID
- Res: R
- Home: 584-3439    Testify Y
- Work:
- POB:
- SSN:
- DLN:
- Oc/Gr:
- Ed/Sc:
- Worn:
- SMT:
- DOB: [redacted]   Age 16
- Sex: M   Race W
- Ethn: N
- Hair:    Eyes:
- HT:      WT:

**NIBRS/Admin. Detail**
- Central Index ID:
- Victim Type: I
- Relationship: AQ
- Victim Offenses: 1151
- Injury: N
- Assault:
- Just. Homicide:
- Offenders: S1

### Person/Entity V2

- Code: V2  Victim
- Name: [redacted]
- AKA:
- Addr: 11900 LIBERTY RD
- CSZ: SWEET, ID
- Res: R
- Home: 584-3439    Testify Y
- Work:
- POB:
- SSN:
- DLN:
- Oc/Gr: STUDENT
- Ed/Sc:
- Worn:
- SMT:
- DOB: [redacted]   Age 16
- Sex: M   Race W
- Ethn: N
- Hair:    Eyes:
- HT:      WT:

**NIBRS/Admin. Detail**
- Central Index ID:
- Victim Type: I
- Relationship: AQ
- Victim Offenses: 1151
- Injury: N
- Assault:
- Just. Homicide:
- Offenders: S1

**Notes for** [redacted]
[redacted] (Mother) 211 2nd Ave West Marsing, Id (208) 896-4208

**Notes for** [redacted]
[redacted] (Mother), PO Box 178, Clarksdale, Az (602) 639-1705

Reporting Officer _____   Date ___/___/___



GEM COUNTY SHERIFFS OFFICE

Report ID: 937796                                                                 Page 2

```
┌─ Person/Entity S1 ─────────────────────────────
│
│  Code  S1      Suspect
│  Name  MENGES, RANDALL LEROY
│   AKA  RANDY
│  Addr  11900 LIBERTY RD
│   CSZ  SWEET, ID
│   Res  R
│  Home  584-3439        Testify
│  Work
│   POB
│   SSN  ▋▋▋▋▋▋▋▋▋▋▋▋
│   DLN
│ Oc/Gr  STUDENT
│ Em/Sc
│
│  Worn
│   SMT
│    MO
│
│   DOB  ▋▋▋▋▋▋▋▋    Age  18
│   Sex  M           Race W
│  Ethn              Skin
│  Hair  BLN         Eyes BLU
│    HT  5'9"          WT 230
│
│  ──────── NIBRS/Admin. Detail ────────
│  Central Index ID
└────────────────────────────────────────────────

┌─ Notes for MENGES, RANDALL LEROY ──────────────────────────────
│ Marlene Menges (Mother)   7525 Maxwell, Boise   (208) 322-5450
└────────────────────────────────────────────────────────────────
```

## COUNTY SHERIFFS OFFICE
### Incident Report 937796
Page 1

| Received 12:55 | Dispatched | Arrived | Cleared |
|---|---|---|---|

| Date 12-28-93 | Dispatcher S021 | Jur. | Grid | Sector | Map |
|---|---|---|---|---|---|

Location **PRATT RANCH**
Complainant **OV**
Address **GCSO**
Phone

Veh. Lic.
Tow Company

NCIC Rep. 1151   Sexual Abuse of a Child

—Notes/Other Information—

253-CHANEY ADVISED HE RECEIVED A REPORT OF A POSSIBLE SEXUAL ABUSE AT THE PRATT RANCH. 253 ADVISED HE RESPONDED AND TOOK STATEMENTS AND A REPORT. SEE OFFICERS REPORT FOR FURTHER.

—Units/Officers—
S004    253 CHANEY, FRANK L.

NCIC Ver. 1151    Sexual Abuse of a Child
Disposition 4     ACTIVE
       AI S
Case Number 93F009

M COUNTY SHERIFFS OFFICE
Incident Report 937714
Page 1

Received 12:10  Dispatched 12:10  Arrived            Cleared

Date 12-23-93 Dispatcher S021   Jur.      Grid       Sector      Map

Location **PRATT RANCH**
Complainant **SANDERS, TIM**
Address **HEALTH & WELFARE**
Phone

Veh. Lic.
Tow Company

NCIC Rep. 1151   Sexual Abuse of a Child

—Notes/Other Information—

TIM SANDERS FROM HEALTH AND WELFARE CALLED AND SPOKE WITH 250-JOHN IN REFERENCE TO A REPORTED POSSIBLE SEXUAL ABUSE AT THE PRATT RANCH. 250 ADVISED THIS WAS CONSENTUAL SEX BETWEEN TWO 14 YEAR OLDS AND ONE 18 YEAR OLD. HEALTH & WELFARE IS TO BE CONTACTING THE SO TO HAVE AN OFFICER RESPOND WITH THEM TO TAKE A REPORT TO BE FORWARDED TO THE PROSECUTOR. SEE OFFICERS REPORT FOR FURTHER.

—Units/Officers—
S003    250 JOHN, MARK DEMOUR

NCIC Ver. 1151   Sexual Abuse of a Child
Disposition 4     ACTIVE
         AI S
Case Number 937714

## STATEMENT FORM

Time Started_____     Date _____

I, _Randall Leroy Menges_____, Yrs Old __18__ DOB ▮▮▮▮
make the following statement of my own free will and without duress or
promise of leniency in any manner whatsoever to _French Chaney_
of the Gem County Sheriff's Office in Emmett, Idaho, and knowing that whatev-
I now may say, can and may be used against me now or later in court.  I have
been advised of my rights to counsel prior to making this statement.
I, _Randall Leroy Menges_____, make the following statement:

Robert was telling me what went on between him and ▮▮▮ when this conversation went on we started telling stories about our sexual exploits to each other and before I knew it we were having oral and manuel sex we also had sex one more time in the room which was strictly manuel. Also there was a boy called ▮▮▮ who asked if I wanted to have sex when I said no he said come on and before I knew it we were having oral sex I stopped in the middle of it and said I can't do this I need to stop and did a few days latter ▮▮▮ asked if I would suck his dick when I said no he insinuated Dave might find out about the first inceedent so I did the same thing happened two other times the last time was on December 14 we tried anal sex under ▮▮▮ proddibly Did not like it and it hurt so we stopped after that I told him no matter what I was not going to do it and about 3 or 4 days latter Dave found out

Q. You were involved with both Robert & ▮▮▮?
A. yes

Q. Was anyone forced?
A. I kinda was not physicly but lurvy used the first inceclent asinst me

Q. Did these events happin After you turned 18?
A. yes

I, _Randall Leroy Menges__, have read the above statement consisting
of ____ pages, and I know the same to be a true statement as given by me.  I
have initialed all mistakes noticed by me while reading the above statement.

STATEMENT FORM

Time Started _____     Date _____

I, X ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , Yrs Old X 16   DOB X ▓▓▓▓▓▓▓▓
make the following statement of my own free will and without duress or
promise of leniency in any manner whatsoever to FRANK CHANEY
of the Gem County Sheriff's Office in Emmett, Idaho, and knowing that whatever
I now may say, can and may be used against me now or later in court. I have
been advised of my rights to counsel prior to making this statement.
I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , make the following statement:

Sometime between Halloween & Thanksgiving. ▓▓ & I were in bed & we were talking & we started talking about sex & ~~▓▓▓▓~~ then we masterbated each other. This happened twice so later Randy & I were downstairs by the fire & we started talking about things we had done. & we started talking about stories of things we had done. Then we started talking about other ▓▓. This happened twice, one downstairs once in Randy's room. about a week or so after the first time we were in bed talking & we started talking about when was the best & rating our experiences & then I got down & we masterbated each other.

? Was ANAL SEX ATTEMPTED, IF SO BY WHO?
. YES, BY ▓▓▓▓▓ DURING THE FIRST TIME.

? WAS ORAL SEX ATTEMPTED, IF SO BY WHO?
. YES, BY RANDY THE FIRST TIME

? WAS YOU FORCED BY EITHER ▓▓▓▓▓ OR RANDY
  to ▓▓▓▓?
. NO

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , have read the above statement consisting
of ___1___ pages, and I know the same to be a true statement as given by me. I
have initialed all mistakes noticed by me while reading the above statement.
Time Finished _____ . Dated this 28th day of december, 19__.

Group 3-22-93

<u>Randy</u> — knew was wrong but kept on doing — happened because locked up for so long. ■ & ■ first. ■ told Randy

■ — talking about anything and then to sex. had sex willingly with ■ first. Had sex with Randy before he moved in with him.

<u>Randy</u> — Was not why he suggested ■ move in with him. He & ■ have only done it twice.
Randy & ■ — 4 times once after Polygraph with ■ — Tues night (12/14)
Says there have not been any sex since
He & ■ — 2 times
He & Randy — 2 times

■ — He & Randy — 4 times
He & ■ — 2 times

<u>Randy</u> — has ended — feels guilty about this — did not about Shaun — he wants it all to go away and to get out of here.

■ — first time sex with others on the ranch. — Says he feels guilty (but doesn't act it)

he could be in alot of trouble if anyone ever found out. He took it as a threat as though ▮▮▮ would tell if Randy didn't do what he wanted.
Randy is scared, and should be. He knows it was wrong, but could not say no.

*Leigh D_____*
Canyon House Parent

▮ — made him feel good at the time — feels bad now cause he knew he shouldn't have done it. does not think it right because he was taught it was wrong. Really don't think about it when it happens.

Randy — when say subject comes up — gets arroused. Since he has been confined for over a year. Not like he is doing it with children. Says he has stopped because of Lou and his Christian influence. Knows he put himself into the situation. Knows Dave hates him and will get ▮ or ▮ to press charges. Was worried that someone would find out and Lou & Leigh would find out what he has done.

▮ — glad to have it all out in the open.

During this group I watched each one — ▮ was passive, ▮ didn't have much to say when confronted, did get defensive when I asked them if this was going on before ▮ came to Canyon House. The answer from ▮ & Randy was "No." I find it very interesting that ▮ has been very vocal about how much he hates Randy and yet he has had sex with Randy. I