AUSTIN KNUDSEN
Montana Attorney General
HANNAH E. TOKERUD
MATTHEW T. COCHENOUR
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
hannah.tokerud@mt.gov
mcochenour2@mt.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDALL MENGES,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN KNUDSEN, Attorney General of the State of Montana; GARY SEDER, Bureau Chief of the Montana Crime Information Bureau; and SARA MALIKIE, Head of the Sexual and Violent Offenders Program for the Missoula County Sheriff's Office, each in their official capacities,<br><br>Defendants. | CV 20-178-M-DLC-KLD<br><br>**DEFENDANTS' MOTION TO STAY** |

Randall Menges was convicted of a sex offense in Idaho, and he is

required to register as a sex offender in Idaho. Montana law requires

offenders who are required to register in other states to register in Montana if they move to Montana. Menges challenges the Montana statute that requires him to register as a sex offender. At the same time, Menges is challenging the Idaho statute and registration requirement in Idaho federal court, and there are motions pending.

The official capacity defendants move for an order staying this action pending the outcome of the Idaho court's decision on the pending motions, which will likely have an impact on this action. Pursuant to Local Rule 7.1, plaintiff's counsel has been contacted and opposes this motion.

DATED the 26th day of January, 2021.

> AUSTIN KNUDSEN
> Montana Attorney General
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
>
> By:   */s/ Matthew T. Cochenour*
> MATTHEW T. COCHENOUR
> Assistant Attorney General
> Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated:  January 26, 2021        /s/  Matthew T. Cochenour
                                                   MATTHEW T. COCHENOUR
                                                   Assistant Attorney General
                                                   Counsel for Defendants