Elizabeth K. Ehret
Attorney at Law
3800 O'Leary St., #104
Missoula, MT 59808
T: (732) 312-7400
elizabeth.k.ehret@gmail.com

Matthew Strugar
(*pro hac vice*)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| RANDALL MENGES,<br><br>                             Plaintiff,<br><br>    v.<br><br>AUSTIN KNUDSEN, Attorney General of the State of Montana[1]; GARY SEDER, Bureau Chief of the Montana Crime Information Bureau; and SARA MALIKIE, Head of the Sexual and Violent Offenders Program for the Missoula County Sheriff's Office, each in their official capacities,<br>                           Defendants. | Case No. 9:20-cv-178-DLC-KLD<br><br>**PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE** |

---

[1] Austin Knudsen is substituted for former Attorney General Tim Fox. Fed. R. Civ. P. 25(d).

Pursuant to Federal Rule of Evidence 201, this Court may "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). A court may take judicial notice of proceedings in other courts, including state courts, if those proceedings have a direct relation to matters at issue. *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) (internal quotation and citations omitted); *Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001).

Plaintiff Randall Menges respectfully requests that this Court take judicial notice of the following exhibits:

**Exhibit A** – Declaration of Carol Redding filed in *Doe v. Wasden*, Case No. 20-cv-452 (D. Idaho), ECF No. 25-4, filed October 30, 2020. A true and correct copy is attached as Exhibit A.

Date: February 9, 2020   Respectfully submitted,

/s/ Matthew Strugar
Matthew Strugar
(*pro hac vice*)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

Elizabeth K. Ehret
Attorney at Law

1

> 3800 O'Leary St., #104
> Missoula, MT 59808
> T: (732) 312-7400
> elizabeth.k.ehret@gmail.com

*Attorneys for Plaintiff*

## Certificate of Service

I certify that on February 9, 2021, I filed electronically the foregoing with the Clerk of the Court using the CMF/ECF filing system that served a true and correct copy of the foregoing to the CMF/ECF participants listed below:

Hannah E. Tokerud
hannah.tokerud@mt.gov

J. Stuart Segrest
ssegrest@mt.gov

*Attorneys for Defendants*

/s/ Matthew Strugar
Matthew Strugar