UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| RANDALL MENGES,<br>       Plaintiff,<br><br>  v.<br><br>AUSTIN KNUDSEN, Attorney General of the State of Montana[1]; GARY SEDER, Bureau Chief of the Montana Crime Information Bureau; and SARA MALIKIE, Head of the Sexual and Violent Offenders Program for the Missoula County Sheriff's Office, each in their official capacities,<br>       Defendants. | Case No. 9:20-cv-178-DLC<br><br>**JOINT STATEMENT OF STIPULATED FACTS** |

The parties submit this joint statement of stipulated facts that are admitted and require no proof:

  1.  In 2005, the Montana legislature enacted House Bill 49, requiring a person to register for "any violation of a law of another state . . . for which the offender was required to register as a sexual offender after an adjudication or conviction." House Bill 49 was codified at Montana Code Annotated § 46-23-502(9)(b).

---

[1] Austin Knudsen is substituted for former Attorney General Tim Fox. Fed. R. Civ. P. 25(d).

2. After a local registering agency receives an offender registration packet pursuant to Montana law, the agency forwards that packet to the Sexual or Violent Offender Registration Unit with the Division of Criminal Investigation (SVOR). SVOR then reviews the registration packet. As part of the review, SVOR compares the name of the offender with the SVOR database to ensure a record does not already exist for the offender. Upon verification of a new record, SVOR completes a criminal history query in the Criminal Justice Information Network/National Crime Information Center database.

3. If SVOR learns that an offender is required to register in another state, the offender is automatically required to register in Montana regardless of the specifics of the underlying conviction. SVOR then enters the offender into the Montana State Registry and the National Sexual Offender Registry (NSOR) in the National Crime Information Center (NCIC).

4. If an offender does not have a tier-level designation, the offender is treated as a level 1 offender, the lowest level, for purposes of the statutory scheme.

5. If an offender is not required to register in another state, SVOR forwards the offense conduct or police report and judgment to the Montana Attorney General's Office to determine whether the offense is "reasonably equivalent" to one requiring registration under Montana law. SVOR then follows the legal department's recommendation on whether to require registration.

6. In 1993, Randall Menges lived at Pratt Ranch in Gem County, Idaho. Pratt Ranch was a youth foster program and working ranch for troubled young men.

7. Randall Menges turned 18 in October of 1993.

8. After he turned 18, Menges remained at Pratt Ranch to perform ranch work.

9. In December 1993, Menges had sex with two 16-year-old males who were in the youth foster program and living at Pratt Ranch.

10. In 1994, Menges pleaded guilty to one count of Idaho's Crime Against Nature statute, Idaho Code section 18-6605, related to the December 1993 conduct.

11. The sole reason Menges is required to register in Montana is the fact that Idaho requires him to register.

12. Upon moving to Montana, Menges was required to register under Montana Code Annotated § 46-23-502(9)(b).

13. After SVOR learned Menges was required to register in Idaho, it determined he had a duty to register in Montana. SVOR did not consult the underlying conviction in making this determination.

14. At the time of registering for Montana's Sexual and Violent Offender Registry, Menges was required to provide to the registering agency his name and any aliases, his social security number, his residence information (meaning that, if at the time of registration he regularly resided in more than one location within the same county or municipality, all locations where he regularly resided, with one location designated as his primary address), the name and address of any school where he would be a student, his driver's license number, the description and license plate number of any vehicles he owned or operated, and his email addresses and social media screen names.

15. Upon registration, the registration agency fingerprinted and photographed Menges, and obtained a DNA sample from him.

16. Menges has been a registered sex offender in Montana since December 12, 2018.

17. Menges left Montana to reside in Washington state in late-March 2020.

18. On December 1, 2020, Menges's Sexual and Violent Offender Event History was marked "Non-compliant [address verification letter]." On January 7, 2021, his Event History was marked "Non-compliant," and on January 11, 2021, his Event History was marked "Compliant."

19. Menges was required to leave a Boise, Idaho homeless shelter in December 2020 because he was marked noncompliant on Montana's Sexual and Violent Offender Registry.

20. In March 2021, Menges established residency in Butte, Montana.

21. He currently resides in Butte and his address on the Registry is a Butte address.

22. Menges is required by statute to notify the Montana Department of Justice within three business days of any changes in his residence, employment, or student status.

23. Menges is required to notify the Montana Department of Justice if he leaves the county where he is registered for more than 10 days.

24. Menges is required to pay the costs associated with registration. The costs associated with registration in Missoula County are $15. There are no costs associated with registration in Butte-Silver Bow County.

25. The Department of Justice mails a registration verification form to Menges each year. Within 10 days after receipt of the form, Menges must complete and return the form.

26. Ten years after registration, Menges can petition for an order relieving him of the duty to register under Montana Code Annotated § 46-23-506(3)(b).

27. If Menges fails to register, verify his registration, or keep his registration information current, he faces a felony punishable by up to 5-year imprisonment and $10,000.

28. If SVOR received information that Menges is no longer required to register in Idaho or another state, SVOR would forward this

information to the Montana Attorney General's Office for review and would follow the recommendation of the legal department.

29. Austin Knudsen is the Attorney General of Montana.

30. Gary Seder is the Bureau Chief of the Montana Crime Information Bureau.

31. The Crime Information Bureau is responsible for administering and maintaining Montana's Sexual or Violent Offender Registry.

32. In addition to maintaining the online registry, the Crime Information Bureau is also the state agency that disperses information about the registry to the public.

33. Sara Malikie (now Jessop) runs the Sexual and Violent Offenders Program for the Missoula County Sheriff's Office.

Dated: March 29, 2021                    Respectfully submitted,

/s/ Matthew Strugar                      AUSTIN KNUDSEN
Matthew Strugar                          Montana Attorney General
(pro hac vice)                           215 North Sanders
Law Office of Matthew Strugar            P.O. Box 201401
3435 Wilshire Blvd., Suite 2910          Helena, MT 59620-1401
Los Angeles, CA 90010
T: (323) 696-2299                        By:  /s/ Hannah Tokerud

matthew@matthewstrugar.com

Elizabeth K. Ehret
Attorney at Law
3800 O'Leary St., #104
Missoula, MT 59808
T: (732) 312-7400
elizabeth.k.ehret@gmail.com

*Attorneys for Plaintiff*

HANNAH E. TOKERUD
Assistant Attorney General
Counsel for Defendants