IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDALL MENGES,<br><br>    Plaintiff,<br><br>vs.<br><br>AUSTIN KNUDSEN, Attorney General of the State of Montana; ANNE DORMADY, Bureau Chief of the Montana Crime Information Bureau; and SARA MALIKIE, Head of the Sexual and Violent Offenders Program for the Missoula County Sheriff's Office, each in their official capacities,<br><br>    Defendants. | CV 20–178–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Joint Stipulation and Request for Order re Payment of Attorneys' Fees and Costs. (Doc. 52.) The Ninth Circuit issued a final decision in this matter on March 1, 2023, (Doc. 48), and subsequently transferred "all issues of fees connected with the appeal" back to this Court, (Docs. 50, 51.) This Court had previously stayed all proceedings regarding the recovery of costs and attorneys' fees in this action until 30 days after the Ninth Circuit issued its mandate or the appeal was otherwise resolved. (Doc. 40.) The parties now requests that this Court enter an order approving their Joint Stipulation awarding

1

Plaintiff $180,000.00 in fees and costs.  (Doc. 52 at 2.)

Accordingly, IT IS ORDERED that the Joint Stipulation (Doc. 52) is GRANTED in full.

IT IS FURTHER ORDERED that Plaintiff shall be awarded $180,000.00 in attorneys' fees and costs.  Defendant shall pay this award directly to Plaintiff's counsel, the Law Office of Matthew Strugar, within 30 days of this Order.  Post-judgment interest on any balance outstanding after 30 days of this Order shall accrue at the rate of 4.58% until paid, pursuant to 28 U.S.C. § 1961.

DATED this 10th day of April, 2023.

_____
Dana L. Christensen, District Judge
United States District Court